[No. 9647-8-I. Division One. January 31, 1983.]

*In the Matter of the Marriage of* RONNA R. BROWN, *Appellant, and* WILLIAM L. BROWN, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 79-3-01856-6, Nancy A. Holman, J., entered November 9, 1980. *Reversed* and *remanded* by unpublished opinion per Callow, J., concurred in by Durham, A.C.J., and Ringold, J.

[No. 9638-9-I. Division One. January 31, 1983.]

HAROLD WALTON, ET AL, *Respondents,* v. ALBERT HEGLUND, JR., ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 80-2-08745-2, Frank J. Eberharter, J., entered December 3, 1980. *Reversed* and *remanded* by unpublished opinion per Durham, A.C.J., concurred in by Swanson and Williams, JJ.

[No. 9815-2-I. Division One. January 31, 1983.]

GEORGE D. LEWIS, *Plaintiff,* v. ROBERT T. CANAAN, ET AL, *Defendants,* ALMA R. HARRIS, ET AL, *Respondents,* GEORGE D. LEWIS, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 858622, Shannon Wetherall, J., entered December 22, 1980. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Callow and Ringold, JJ.